PD-0741-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/17/2015 11:01:55 AM
Accepted 6/19/2015 11:16:16 AM
ABEL ACOSTA
CLERK

CAUSE NO. 01-14-00434-CR

| | | |
|---|---|---|
| ALEX GONZALEZ, | § | IN THE COURT OF APPEALS |
|     Appellant | § | |
| VS. | § | IN HOUSTON, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 1st JUDICIAL DISTRICT |
|     Appellee | | |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, ALEX GONZALEZ, Appellant, and files this Motion for Extension of Time to File Appellant's Petition For Discretionary Review, pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

The First Court of Appeals issued its Published Opinion in this case on April 21, 2015. No motion for rehearing was filed. Appellant's Petition for Discretionary Review was due to be filed by May 21, 2015. This is Appellant's first request for an extension of time. Appellant requests an extension of one day (1) day to file the petition.

FILED IN
COURT OF CRIMINAL APPEALS

June 19, 2015

ABEL ACOSTA, CLERK

## II.

In the past thirty (30) days, counsel was engaged in the following matters, which preclude completion of Appellant's Petition for Discretionary Review:

1. On May 18, 2015, counsel for Appellant filed a petition for discretionary review in the case styled Ex Parte Mario Avila, No. PD-0437-15, pending in the Court of Criminal Appeals, Austin, Texas.

2. On May 19, 2015, counsel for Appellant appeared for a writ hearing in the case styled Ex Parte Nuur, Cause No. 1282561-A, pending in the 184th District Court of Harris County, Texas.

3. On May 22, 2015, counsel for Appellant filed a petition for discretionary review in the case styled Raymond Cavitt vs. vs. The State of Texas, in the Court of Criminal Appeals, Austin, Texas.

4. On May 25, 2015, counsel for Appellant's office was closed fin observance of the Memorial Day holiday.

5. On May 28, 2015, counsel for Appellant appeared for a status conference in the case styled *United States of America vs. Carlos Montemayor;* Criminal Number 4:14-cr-00603, pending in the United States District Court, Southern District of Texas, Houston Division.

6. On June 1, 2015, counsel for Appellant appeared for arraignment in the case styled *State of Texas vs. Canonero Brown;* Cause No. 1459987, pending in the 185th District Court of Harris County, Texas.

7. On June 2, 2015, counsel for Appellant appeared for arraignment in the case styled *State of Texas v. Jason Waldvogel;* Cause No. 1446910, pending in the 178th District Court of Harris County, Texas and a writ hearing in the case styled *State of Texas vs. Elio Luna,* Cause No. 1445675, pending in the 178th District Court of Harris County, Texas.

8. On June 3, 2015, counsel for Appellant appeared for sentencing in the case styled *United States of America vs. Dominique Howard;* Criminal Number 4:14-cr-00092, pending in the United States District Court, Southern District of Texas, Houston Division.

9. On June 8, 2015, counsel for Appellant appeared for a disposition setting in the case styled *State of Texas vs. Derenda Obrien,* Cause No. *1383848* pending in the 338th District Court of Harris County, Texas.

10. On June 10, 2015, counsel for Appellant appeared for arraignment in the case styled *State of Texas vs. Datechia Specht,* pending in Brazoria County, Texas.

11.     On June 12, 2015, Counsel for Appellant appeared for a plea in the case styled *State of Texas v. Lesley Hooper;* Cause No. 13-cr-2732, pending in the 212th District Court of Galveston County, Texas.

12.     On June 17, 2015, Counsel appeared for a sentencing on the case styled *United States of America vs. Edia Antoine,* Criminal Number: 4:13-cr-00513, pending in the pending in the United States District Court, Southern District of Texas, Houston Division.

IV.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Petition for Discretionary Review.   Appellant moves this Court for an order granting an extension of one (1) day, or until June 18, 2015, for Appellant to submit the Petition for Discretionary Review in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of one (1) day, for Appellant to submit the Petition for Discretionary Review in this case.

Respectfully submitted,


*/s/ Nicole DeBorde*
NICOLE DEBORDE
BIRES SCHAFFER & DEBORDE
Federal ID No. 16839
TBA No. 00787344
712 Main Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034
Email: Nicole@BSDLawFirm.com

COUNSEL FOR APPELLANT,
ALEX GONZALEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Petition For Discretionary Review was served via e-mail delivery through eFile.TXCourts.gov to Alan Curry, Assistant District Attorney, Harris County District Attorney's Office, 1201 Franklin, Appellate Division, on this the 17th day of June 2015.

/s/ Nicole DeBorde
NICOLE DEBORDE

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the Motion for Extension of Time contains 905 words.

/s/ Nicole DeBorde
NICOLE DEBORDE

CAUSE NO. 01-14-00434-CR

| ALEX GONZALEZ, | § | IN THE COURT OF APPEALS |
|---|---|---|
| Appellant | § | |
| VS. | § | IN HOUSTON, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 1st JUDICIAL DISTRICT |
| Appellee | | |

## <u>ORDER</u>

It is the order of this Court that the foregoing Motion for Extension of Time to File Appellant's Petition for Discretionary Review is GRANTED, and the deadline for filing Appellant's Petition for Discretionary Review is extended to _____, 2015.

SIGNED this the _____ day of _____, 2015.

_____
JUDGE PRESIDING